

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00026-CR

Reggie David **VINE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3955
Honorable Ray Olivarri, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

Delivered and Filed:  February 11, 2015

DISMISSED

Appellant filed a motion to dismiss this appeal; the motion is signed by Appellant and his

counsel.  *See* TEX. R. APP. P. 42.2(a).  Appellant's motion is granted and this appeal is dismissed.

*See id.*; *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd).

PER CURIAM

DO NOT PUBLISH